# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145424

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

GARY DUANE FRISBY,
       Defendant-Appellant.

SC: 145424
COA: 308821
Genesee CC: 11-028915-FC

_____/

      On order of the Court, the application for leave to appeal the May 22, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

Clerk

d1113